**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **VICTOR ZILBERMAN,** § | | |
| § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | CASE NO. 4:15-CV-00589-ALM | |
| § | | |
| **CAROFFER, LLC, and PEARL** § | | |
| **TECHNOLOGY HOLDINGS, LLC,** § | | |
| § | | |
| *Defendants* § | | |

**NOTICE OF SETTLEMENT**

Christopher Moser ("Trustee"), as trustee and representative of the bankruptcy estate of CarOffer, LLC ("CarOffer"), files this Notice of Settlement and seeks dismissal of claims against Pearl.

With the approval of the Bankruptcy Court of the Eastern District of Texas, Trustee, on behalf of CarOffer's estate and creditors, reached a settlement agreement with Pearl Technology Holdings, LLC ("Pearl") and released Pearl from liability for all asserted and non-asserted claims belonging to CarOffer's estate. A copy of the settlement agreement is attached hereto as Exhibit A and a copy of the Bankruptcy Court's order approving the same is attached as Exhibit B.

With respect to the instant lawsuit, *Zilberman v. CarOffer, et al.*, Trustee released Pearl from liability based on claims of derivative liability, alter ego liability, misuse of the corporate form, and/or piercing the corporate veil. Trustee asserts its exclusive control over all claims against Pearl based on alter ego and/or veil piercing liability, regardless of whether alleged by Plaintiff Victor Zilberman ("Zilberman"), CarOffer, or CarOffer's estate. Accordingly, Trustee requests that this Court dismiss all alter ego and/or veil piercing claims that Zilberman or CarOffer pursues against Pearl in the instant action.

Dated: February 24, 2016.                    Respectfully submitted,

*/s/   Richard L. Bufkin*
  Richard L. Bufkin
  State Bar. No. 03316950
  THE BUFKIN LAW FIRM
  3811 TURTLE CREEK, STE 800
  Dallas, TX 75219
  972-808-9791
  972-808-9795 (fax)
  Dick@BufkinLaw.com

  **SPECIAL COUNSEL FOR**
  **CHRISTOPHER J. MOSER**
  **TRUSTEE FOR BANKRUPTCY ESTATE OF CAROFFER, LLC;** *In re CarOffer, LLC,* **in the United States Bankruptcy Court for the Eastern District of Texas, Case No. 15-41038**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was served on counsel of record via Fax, in accordance with the Federal Rules of Civil Procedure, on February 24, 2016.

W. Craft Hughes
craft@hughesellzey.com
Jarrett L. Ellzey
jarrett@hughesellzey.com
HUGHES ELLZEY LLP
2700 Post Oak Blvd
Suite 1120
Houston, TX 77056
Phone: (888) 350-3931
Fax: (888) 995-3335

Rafey S. Balabanian
rbalabanian@edelson.com
Ari J. Scharg
ascharg@edelson.com
John C. Ochoa
jochoa@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Phone: (312) 589-6370
Fax: (312) 589-6378

**COUNSEL FOR PLAINTIFF VICTOR ZILBERMAN**

Walter A. Herring
wherring@munckwilson.com
Ted A. Huffman
thuffman@munckwilson.com
MUNCK WILSON MANDALA, LLP
12770 Coit Road, Suite 600
Dallas, Texas 75251
Phone: (972) 628-3600
Fax: (972) 628-3616

**COUNSEL FOR DEFENDANT PEARL TECHNOLOGY HOLDINGS, LLC**

*/s/ Richard L. Bufkin*
Richard L. Bufkin