# Exhibit "B"

EOD
02/23/2016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CAROFFER, LLC | § | CASE NO. 15-41038 |
| | § | (Chapter 7) |
| DEBTOR | § | |

## ORDER APPROVING (I) SETTLEMENT AND (II) PAYMENT OF RELATED CONTINGENCY FEE AWARD

On this day came on for consideration the *Motion to Approve (I) Settlement and (II) Payment of Related Contingency Fee Award* (the "Motion") filed by Christopher J. Moser, Trustee ("Trustee"). The Court finds that proper notice of the Motion has been given to all parties in interest and that no party has objected to the Motion. The Court further finds that the granting of the Motion is in the best interest of the estate.

**IT IS THEREFORE, ORDERED** that the Motion is granted and that the Settlement Agreement and Release between the Trustee and Pear Technology Holdings, LLC ("Pearl") is approved. **IT IS FURTHER,**

**ORDERED,** that the Trustee is authorized to enter into the Settlement Agreement with Pearl settling and releasing all claims as described therein including, without limitation, claims based on derivative liability, alter ego liability, misuse of the corporate form, piercing the corporate veil, and claims arising under the Telephone Consumer Protection Act, the Texas Theft Liability Act, the Texas Deceptive Trade Practices Act and Title 11 of the United States Code and Chapter 24 of the Texas Business and Commerce Code. **IT IS FURTHER,**

**ORDERED,** that (i) the Settlement Agreement is hereby rendered effective and fully enforceable in accordance with its terms, (ii) the Trustee is authorized to sign whatever documents

are necessary to consummate the Settlement Agreement, (iii) the Trustee is authorized to make payment to Richard L. Bufkin for his contingent fee in the amount of $8,000; and (vi) the Trustee is granted such other and further relief to which he may be justly entitled.. **IT IS FURTHER,**

**ORDERED**, that Richard L. Bufkin is hereby awarded $8,000 for payment of fees. **IT IS FURTHER,**

**ORDERED,** that the Trustee is authorized to pay $8,000 of the proceeds to Mr. Bufkin when such proceeds are realized.

Signed on 2/23/2016

*Brenda T. Rhoades*  SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE