**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| VICTOR ZILBERMAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CAROFFER, LLC, a Delaware limited liability company, and PEARL TECHNOLOGY HOLDINGS LLC, a Texas limited liability company,<br><br>*Defendants*. | Case No. 4:15-cv-00589-ALM |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
<u>DEFENDANT REDBUMPER, LLC</u>**

PLEASE TAKE NOTICE THAT, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Victor Zilberman hereby dismisses the claims in this matter, without prejudice, against Defendant Redbumper, LLC.

\* \* \*

Dated: March 21, 2016

**VICTOR ZILBERMAN**, individually and on behalf of class of similarly situated individuals,

By: <u>Alicia E. Hwang</u>
One of Plaintiff's Attorneys

Ari J. Scharg (Admitted *Pro Hac Vic*e)
ascharg@edelson.com
Alicia E. Hwang (Admitted *Pro Hac Vice*)
ahwang@edelson.com
EDELSON PC
350 N. LaSalle Street, Suite 1300
Chicago, Illinois 60654

Tel: 312.589.6370
Fax: 312.589.6378

W. Craft Hughes (TX Bar No. 24046123)
craft@hughesellzey.com
Jarrett L. Ellzey (TX Bar No. 24040864)
Jarrett@hughesellzey.com
Hughes Ellzey LLP
2700 Post Oak Blvd., Suite 1120
Houston, Texas 77056
Tel. (888) 350-3931
Fax. (888) 995-3335

*Attorneys for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I, Alicia Hwang, an attorney, hereby certify that on March 21, 2016, I served the above and foregoing ***Plaintiff's Notice of Voluntary Dismissal of Defendant RedBumper, LLC*** by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this 21st day of March 2016.

                                              s/ Alicia E. Hwang
                                              Alicia E. Hwang