# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| VICTOR ZILBERMAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CAROFFER, LLC, a Delaware limited liability company, and PEARL TECHNOLOGY HOLDINGS LLC, a Texas limited liability company,<br><br>*Defendants*. | Case No. 4:15-cv-00589-ALM |

## ORDER

This matter having come before the Court on Plaintiff's Notice of Voluntary Dismissal of Defendant Redbumper, LLC (Dkt. #75), with good cause shown and the Court being otherwise fully advised in the premises, it is hereby ORDERED and ADJUDGED that:

Defendant Redbumper, LLC is hereby dismissed from this case without prejudice.

**IT IS SO ORDERED.**
**SIGNED this 14th day of April, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE