# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| VICTOR ZILBERMAN | § | |
| | § | |
| vs. | § | Civil Action No. 4:15cv589 |
| | § | (Judge Mazzant) |
| CAROFFER, LLC and PEARL | § | |
| TECHNOLOGY HOLDINGS, LLC | § | |

## ORDER OF DISMISSAL

The Court, having considered Plaintiff Victor Zilberman and Defendant Pearl Technology Holdings, LLC's Stipulation of Dismissal (Dkt. #113), finds that the Stipulation should be, and hereby is, in all things GRANTED.

It is therefore **ORDERED** that this action is **DISMISSED** in its entirety with prejudice as to the individual claims of Plaintiff, and without prejudice as to the claims of the putative Classes. Each side shall bear its own costs.

All relief not previously granted is hereby DENIED.

The Clerk is directed to CLOSE this civil action.

**SIGNED this 20th day of September, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE